UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/22/2022__

FRANK ACCOSTA AND DAVID ROSENSTOCK,

Plaintiff,

-against-

LORELEI EVENTS GROUP, INC., AND LORRAINE TOTARO,

Defendants.

Civil Action No.: 17-7804 (NSR)(PED)

Hon. Nelson S. Roman, U.S.D.J.

## JUDGMENT AGAINST LORELEI EVENTS GROUP AND LORRAINE TOTARO, JOINTLY AND SEVERALLY, IN THE AMOUNT OF $110,957.91

WHEREAS, Plaintiffs sought to collect from Defendants Lorelei Events Group, Inc., and Lorraine Totaro, jointly and severally, unpaid salary for the months of January, 2017 through March, 2017; penalties for late payment of salary for the time period of January, 2015 through December, 2016 pursuant to the Fair Labor Standards Act and New York Labor Laws; and

WHEREAS, on January 21, 2022, Hon. Nelson S. Roman, U.S.D.J., issued an opinion and order [Docket No. 104] granting in part the Plaintiffs' motion for summary judgment on Frank Accosta's claim for unpaid wages and late wage payments, and David Rosenstock's claim for unpaid wages; and

NOW, THEREFORE, Plaintiffs and Defendants agree that the Court shall **ORDER, ADJUDGE AND DECREE**: that Defendants Lorelei Events Group, Inc., and Lorraine Totaro, jointly and severally, shall pay Plaintiffs $110,957.91 as follows: (a) $22,737.48 in unpaid salary and benefits to Accosta; (b) $16,925.46 in unpaid salary to Rosenstock; (c) 71,294.97 in

liquidated damages to Accosta stemming from Defendants' failure to timely pay his salary on the Defendants' established pay dates.

**SO ORDERED THIS** ___22___ day OF ___March___ 2022, that Plaintiffs Frank Accosta and David Rosenstock have judgment against Lorelei Events Group, Inc., and Lorraine Totaro, Individually, in the amount of $110,957.91, plus any additional reasonable attorney's fees and costs incurred by Plaintiffs in connection with this case until judgment has been fully satisfied as this Court may award based upon a subsequent fee application filed by Plaintiffs.

_____
NELSON S. ROMÁN
United States District Judge

2